IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **KARIE DALTON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| **GAINWELL TECHNOLOGIES, LLC,** | § | CIVIL ACTION NO. 4:24-cv-00895 |
| | § | |
| Defendant. | § | |

## JOINT STATUS UPDATE ON ARBITRATION

Plaintiff Karie Dalton and Defendant Gainwell Technologies LLC provide the following joint status update in accordance with this Court's order staying the case. (Doc. 5). The AAA has begun administering the arbitration. The Arbitrator has been appointed, a scheduling order has been entered, and the parties have engaged in written discovery. This case is currently scheduled for a final arbitration hearing on April 7-9, 2026. The Parties are currently engaging in settlement discussions and scheduling depositions.

Respectfully Submitted,

*/s/ Kyla Gail Cole*
Jane Legler
Texas Bar No. 03565820
Kyla Gail Cole
Texas Bar No. 24033113

**Cole Legler PLLC**
3300 Oak Lawn Ave. Ste. 425
Dallas, Texas 75219
(214) 748-7777
(214) 748-7778 (facsimiles)
jane@nlcemployeelaw.com
kyla@nlcemployeelaw.com

JOINT STATUS UPDATE ON ARBITRATION        1

**ATTORNEYS FOR PLAINTIFF**

**AND**

*/s/ Gavin S. Martinson*
Gavin S. Martinson
Texas Bar No. 24060231
gavin.martinson@ogletreedeakins.com
**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
8117 Preston Road, Suite 500
Dallas, Texas  75225
Tel. (214) 987-3800
Fax: (214) 987-3927

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of October, 2025, I electronically filed the foregoing with the Clerk of court using the CM/ECF system which will send notification of such to all attorneys of record.

*/S/ Kyla Gail Cole*
Kyla Gail Cole